**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CYNTHIA M. YODER, CLIFFORD B. REPOTSKI, | : | No. 212 MM 2017 |
| | : | |
| | : | |
| Petitioners | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| SCOTT KREIGER, ESQ., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of February, 2018, the Petition for King's Bench or Extraordinary Jurisdiction is DENIED.